UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BARRY R. McPHERSON, | Case No. SACV 16-170-AB (GJS) |
|---|---|
| Petitioner | |
| v. | **JUDGMENT** |
| DANIEL PARAMO, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: March 07, 2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE